■ PFT Technology, LLC, Plaintiff/Counterclaim Defendant-Respondent, v Robert Wieser, Defendant/Counterclaim Plaintiff-Appellant, et al., Additional Counterclaim-Defendants. [8 NYS3d 918]—In an action, inter alia, to recover damages for breach of fiduciary duty and for the judicial dissolution of the subject limited liability company, the defendant/counterclaim-plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Nassau County (Bucaria, J.), dated July 1, 2013, as denied his motion for summary judgment on the fourth counterclaim for reimbursement and advancement of legal expenses.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of a subsequent order of the Supreme Court, Nassau County, dated February 20, 2014, made upon renewal, and this Court's determination of the appeal and cross appeal therefrom (see PFT Tech., LLC v Wieser, 129 AD3d 689 [2015] [decided herewith]). Rivera, J.P., Dickerson, Cohen and Barros, JJ., concur.